**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00125-CV

**JEFFREY LEIBOVITZ AND SEQUOIA FRANKFORD SPRINGS 23, L.P., Appellants**

**V.**

**SEQUOIA REAL ESTATE HOLDINGS, L.P., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14357**

## ORDER

On May 12, 2014, we ordered Dallas County District Clerk Gary Fitzsimmons to file, no later than May 16, 2014, a supplemental clerk's record containing a copy of Defendants' August 26, 2013 Proposed Jury Charge. To date, the supplemental record has not been filed. Accordingly, we again **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, no later than May 27, 2014 the requested record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Fitzsimmons and the parties.

/s/     ELIZABETH LANG-MIERS
         JUSTICE